# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORGE A. CONTRERAS and DAISY A. PACHECO,<br><br>      Plaintiffs,<br><br>   v.<br><br>THE BANK OF NEW YORK MELLON AS TRUSTEE AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-36 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-36 and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>      Defendants. | Civil Action No. _____ |

## **DECLARATION OF MICHAEL WATKINS**

I, Michael Watkins, hereby declare as follows:

1. I am employed by Bank of America, N.A. ("Bank of America"). In my current position, my responsibilities include monitoring and assisting with litigated default home loan servicing matters. The information set forth in this Declaration is true and correct to the best of my knowledge and belief, based upon records and information kept in the ordinary course of Bank of America's business, and, if called as a witness, I could and would testify competently to them.

2. Bank of America is responsible for servicing the mortgage loan at issue in the above-captioned complaint.

3. Plaintiffs Jorge A. Contreras and Daisy A. Pacheco obtained a mortgage loan for $260,000.00 with Countrywide Home Loans, Inc. in May 2005 secured by the real property located at 45 Kent Street, Lawrence, Massachusetts 01843. According to Bank of America's records, as of the foreclosure sale date, November 30, 2011, the principal balance of the loan was $268,189.35.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 4th day of April, 2012.

_____
Michael Watkins